```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

B.M., et al.                                    CIVIL 05-36(JCL)
                                                    (CLOSED)
    V.

DUMONT BOARD OF EDUCATION                       O R D E R


It appearing that it has been reported to the Court that the above-captioned matter has been settled,

It is on this 11th day of May 2005,

ORDERED that this action be and is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within 90 days, to reopen the action if the settlement is not consummated.

                                        /s/ JOHN C. LIFLAND, U.S.D.J.